```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
```
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| JOE A. BROWDER, JR., | ) |
| Petitioner, | ) Civil Action No. 5:06-177-JMH |
| v. | ) |
| BLACKBURN CORRECTIONAL COMPLEX, et al., | ) **MEMORANDUM OPINION AND ORDER** |
| Respondents. | ) |

\*\*   \*\*   \*\*   \*\*   \*\*

This matter is before the Court on Petitioner's Motion to Amend his Petition for a Writ of Habeas Corpus [Record No. 58] to reflect a new respondent, Glenn E. Haeberlin, the Warden of the Kentucky State Prison in Eddyville, Kentucky, as Petitioner Joe A. Browder has been transferred to that facility.

Petitioner's motion was filed in the record of this matter on October 16, 2007. The Court notes that Petitioner's Motion to Amend was dated October 11, 2007, and indicates that he was transferred on October 9, 2007. A review of the record in this matter shows that a memorandum opinion and order and a final judgment were entered on October 4, 2007, and this matter is now closed. As such, Petitioner's Motion to Amend the Petition is moot and shall be denied.

Accordingly, **IT IS ORDERED** that Petitioner's motion to Amend the Petition [Record No. 58] shall be, and the same hereby is, **DENIED AS MOOT**.

This the 18th day of October, 2007.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge