```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF KENTUCKY
```
**CENTRAL DIVISION at LEXINGTON**

```
JOE A. BROWDER, JR.,            )
                                )
     Petitioner,                )   Civil Action No. 5:06-177-JMH
                                )
v.                              )
                                )
BLACKBURN CORRECTIONAL          )
COMPLEX, et al.,                )   MEMORANDUM OPINION AND ORDER
                                )
     Respondents.               )
```

                        ** ** ** ** **

This matter is before the Court on Petitioner's Motion for Relief from Judgment Pursuant to FRCP 60; Request for Indication From Court of Whether Relief Will Be Granted for Purposes of Appeals (Independent Causes of Actions, Etc.) [Record No. 72], in which Petitioner requests relief from the Court's Order and Judgment entered on October 4, 2007 [Record Nos. 56 and 57].

Specifically, Petitioner avers that the Court should have properly construed his Motion for Severance and Separate Procedure [Record No. 39] to proceed as an independent action. Effectively, Petitioner asks the Court to reconsider its decision to deny him the opportunity to proceed with certain claims, not arising out of the same transaction or occurrence as his original petition, "in an independent action," i.e., another lawsuit. Petitioner's request for relief is moot as, this Court has already held that "[t]hose claims should be brought in their own time, after presentation to the appropriate authority for administrative review and exhausted

prior to being brought to the attention of the courts."

Accordingly, **IT IS ORDERED** that Petitioner's Motion for Relief from Judgment Pursuant to FRCP 60; Request for Indication From Court of Whether Relief Will Be Granted for Purposes of Appeals (Independent Causes of Actions, Etc.) [Record No. 72] shall be, and the same hereby is, **DENIED AS MOOT.**

This the 22nd day of January, 2009.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge